UNITED STATES DISCTRICT COURT

FOR THE DISCTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No. 1:22-CR-00110-RC |
| | : | |
| V. | : | |
| | : | |
| MATTHEW THOMAS KROL, | : | |
| | : | |
| Defendant. | : | |

## Motion for Substitution of Counsel

NOW COMES, Matthew Krol, by and through his Attorney Michael J Cronkright, and moves this Honorable Court for an Order substituting Michael Cronkright for Bryan Sherer and the Federal Community Defender for the Eastern District of Michigan, and thereby discharging Bryan Sherer as counsel of record in this matter.

Respectfully submitted:                    Approved:

/s/ *Michael J Cronkright*                 /s/ *Brian Sherer (signed with permission)*
_____            _____
Michael J Cronkright (P52671)              Brian Sherer
Cronkright Law, PLLC                       Federal Community Defender
420 W. Saginaw, Ste. J2A                   Eastern District of Michigan - Flint
Lansing, MI 48917                          Suite L-100
Phone (517) 881-4643                       Flint, MI, 48502
Michael@Cronkrightlaw.com                  bryan_sherer@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Motion for Substitution of Counsel is being filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record, this 25th day of April, 2022.

/s/ *Michael J Cronkright*
_____