UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:22-cr-00110-RC |
| MATTHEW THOMAS KROL | |
| Defendant. | |

**RESPONSE TO DEFENDANT KROL'S SENTENCING MEMORANDUM**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to the defendant's sentencing memorandum (ECF 54) in connection with the above-captioned matter. For the reasons set forth herein and it's sentencing memorandum (ECF 53) filed on December 7, 2023, the government requests that this Court sentence Matthew Thomas Krol to 78 months' incarceration, which is within the guideline range calculated by the Probation Office, three years of supervised release, $2,000 restitution, and a mandatory $100 special assessment.

Krol states in his sentencing memorandum that "[it] is expected that this Court will find him both remorseful and accepting responsibility for his role in the events of January 6, 2021. Given the opportunity, Mr. Krol will express his personal apologies to the people most affected by his behaviors, including all of the officers involved." ECF 54 at 3. With respect to the injuries caused by his admitted violent assault upon Sergeant Gonell,[1] Krol states that he "does not believe that he caused the injuries." *Id*. at 17. He further states that "[i]t should be clear that he accepts

---

[1] Krol pleaded guilty, pursuant to a plea agreement, to Count Four of the indictment charging a violation of 18 U.S.C. §§ 111(a)(1) and (b), which is the charge directly related to Sergeant Gonell's assault.

1

responsibility for the assault. Mr. Krol also wants to make it clear that, in this officer, he sees a man who did not deserve to be assaulted. He sees a man who performed his duties heroically and was severely injured in doing so. As indicated, he will address the Court directly and Officer Gonell directly when given the opportunity. Suffice it to state here that he sincerely regrets his actions against each of the officers involved." *Id.*

Krol's publicly available statements contradict his assertions in his sentencing memorandum that he is remorseful for his conduct on January 6. In a Youtube video[2] from one month ago, Krol was interviewed by telephone from the D.C. jail, where he stated:

> Right now, we have a sentence date of December 15 and we'll see what happens there. One of the things is the infamous officer Gonell says that I injured and crippled him. That I'm arguing that the video that shows that I did not injure him even though his statement says that I did. So, he's been found to be a liar a few times and I'm kinda hoping that the Judge, who's also; he's been involved in other cases that this Judge has seen and he's been shown to be not very truthful. So I'm hoping that goes in my favor. . . .

Additionally, in publicly available artwork created by Krol, he refers to himself as a "J6 Political Prisoner."[3]  Images 1-2, below, are publicly available images of artwork by Krol:

---

[2] Deb4Freedom, *Political Prisoner in the DC Gulag Matthew Krol 11/8/23*, available at: https://youtu.be/ejkS9PFj9tI (timecode 3:45 – 4:38) (last visited Dec. 11, 2023).

[3] *See also* https://www.deb4freedom.com/matthew-krol (additional videos and images).



**IMAGE 1**



**J6PatriotNews** ✓
@J6patriotnews

Today I received a drawing from Matt Kroll from the DC gulag. Matt is a wonderful Christian man. He has some health issues.
He is in pretrial detention. He is separated from the love of his life for no good reason. He is not a flight risk. He is not violent. He is a friendly man and a great artist.
Pray for him.
Help him here.

givesendgo.com/G2XCS



8:08 PM · Jun 10, 2023 · 6,298 Views

**IMAGE 2**

Krol is not a political prisoner, some latter-day Aleksander Solzhenitsyn. He is a convicted felon who, protected by all the safeguards for criminal defendants in the United States justice system, pleaded guilty to a vicious assault that carries a twenty-year maximum sentence. That guilty plea was based on charges that the United States brought without regard to Krol's political statements or beliefs. That Krol was motivated to attack police on January 6 because of his political views does not undermine the seriousness of his crimes or the legitimacy of his prosecution. But by claiming that he was convicted because of his political views, he demonstrates a lack of remorse and disrespect for the law that are additional aggravating features of his crimes. To claim, as Krol does, that this conduct amounts to prosecution based on his political beliefs demonstrates that he is completely unremorseful and unwilling to accept the reality of what happened on January 6, which in turn underscores the need for deterrence and a significant sentence of incarceration for this defendant.

Furthermore, the personal attack on Sergeant Gonell[4] is further evidence that, far from accepting responsibility for his crimes and expressing remorse, Krol still seeks to justify those crimes. Not only that, Krol's spurious attacks on Sergeant Gonell contradict his prior, sworn,

---

[4] Contrary to Krol's statement, the government is unaware of any instance where Sergeant Gonell has been found to be untruthful in a court proceeding. Upon information and belief, Krol's assertions are derived from Twitter statements by political commentator Julie Kelly claiming that Sergeant Gonell has lied in the January 6 cases. Kelly's assertions flow from a sole CCTV video clip of Sergeant Gonell standing near the House Wing door at around 4:50 p.m., about two and a half hours after Krol's assault. According to Kelly, Sergeant Gonell lied about being injured on January 6 because, based on her analysis of the sole video, he does not appear injured to her. But Krol does not dispute the accuracy of the photographs of the injuries to Sergeant Gonell's right hand included in the government's initial sentencing memorandum, or that he viciously struck Sergeant Gonell with the stolen police baton at 2:30 p.m. on January 6. Nor does Krol provide any evidence that contradicts Gonell's account of the extent of those injuries.

submissions in this case. Krol admitted that he violently assaulted Sergeant Gonell with a police baton, a dangerous weapon. *See* ECF 40 ¶ 9.c. (statement of offense). The videos submitted with the government's sentencing memorandum show that Sergeant Gonell's bare right hand was outstretched when Krol violently swung the stolen police baton down; first, striking Sergeant Gonell's right-hand area and then his shoulder area. *See* ECF 53 at Section II.B. Sergeant Gonell states that this assault injured his right hand.[5] *See* ECF 53-1 (statement of Sergeant Gonell). Images from just minutes after Krol's assault show Sergeant Gonell's injured hand. *See* ECF 53 at 8-9 (Images 11-12).

---

[5] Contrary to Krol's statement, the government need not show that Krol's assault "crippled" Sergeant Gonell. The government needs to show, by a preponderance of the evidence, that Krol's assault caused an injury that was "painful and obvious[] or is of a type for which medical attention ordinarily would be sought." *See* U.S.S.G. §§ 2A2.2, Application Note 1; 1B1.1, Application Note 1(B).

## CONCLUSION

Because Krol has yet to articulate any legal basis to his objection to application of the §2A2.2 bodily injury enhancement and the desire to cross-examine Sergeant Gonell in an evidentiary hearing appears to be nothing more than a personal vendetta designed to embarrass Sergeant Gonell, the government requests that the Court find, based on the written submissions of the parties, that the § 2A2.2 bodily injury enhancement applies without proceeding to an evidentiary hearing on December 15, 2023.

The government recommends that the Court impose a guideline sentence of 78 months' incarceration, 3 years of supervised release, $2,000 restitution, and a mandatory $100 special assessment.

    Respectfully submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY

By: */s/ Andrew J. Tessman*
    ANDREW J. TESSMAN
    Assistant United States Attorney
    District of Columbia – Detailee
    West Virginia Bar No. 13734
    300 Virginia Street
    Charleston, WV 25301
    (304) 345-2200
    Andrew.Tessman@usdoj.gov